IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LAKANDRA M. MONCURE**                                                        **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.: 3:23-cv-00074-HTW-LGI**

**JAGUAR LAND ROVER**
**NORTH AMERICA, LLC**                                                         **DEFENDANT**

---

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

---

THIS MATTER having come before the Court on the joint *ore tenus* motion of Plaintiff and Defendant, Jaguar Land Rover North America, LLC, for dismissal of this case with prejudice, with each party to bear its own costs and attorneys' fees, and the Court having found that the parties have reached a full, final, and complete settlement of all claims between them, finds that the motion is well taken and should be granted, further there is no just reason to delay entry of this final judgment of dismissal with prejudice.

IT IS THEREFORE, ORDERED AND ADJUDGED that this civil action is fully and finally dismissed with prejudice, with each party to bear its own costs and attorneys' fees, and that there is no just reason to delay entry of this final judgment of dismissal with prejudice.

SO ORDERED AND ADJUDGED on this the 4th day of October, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE

AGREED AND APPROVED:


s/*Benjamin Z. Wise*
BENJAMIN Z. WISE
ATTORNEY FOR PLAINTIFF


s/*Caroline K. Ivanov*
CAROLINE K. IVANOV
ATTORNEY FOR DEFENDANT